BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

DEC 11 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER NIDAY,<br><br>Defendant. | Case No. **CR 19-0399-S DCN**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2423(b)<br>18 U.S.C. § 2428 |

The Grand Jury charges:

### COUNT ONE

**Attempted Travel With Intent to Engage in Illicit Sexual Conduct**
**18 U.S.C. § 2423(b)**

On or about December 5, 2019, in the District of Idaho and elsewhere, the defendant, CHRISTOPHER NIDAY, traveled and attempted to travel in interstate commerce for the purpose of engaging in illicit sexual conduct, to wit: a sexual act with a person he believed to be under 18 years of age, as defined in Title 18, United States Code, Section 2423(f), in violation of Title 18 United States Code, Section 2423(b).

**INDICTMENT** - 1

## CRIMINAL FORFEITURE ALLEGATION

### Transport for Illegal Sexual Activity
### 18 U.S.C. § 2428

Upon conviction of the offenses alleged in Count One of this Indictment, the defendant, CHRISTOPHER NIDAY, shall forfeit to the United States his interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the foregoing offense; and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

    a. An iPhone 6s Plus, IMEI 358612070677554

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

INDICTMENT - 2

Dated this 10th day of December, 2019.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
KASSANDRA MCGRADY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3